tioners. *Messrs. John E. Evans, Jr.* and *Charles J. Margiotti* for respondent.

No. 632. LARGE ET AL., EXECUTORS, *v.* SHIVELY. March 13, 1939. Petition for writ of certiorari to the Supreme Court of Washington denied. *Mr. John B. Shorett* for petitioners. *Mr. Frank R. Jeffrey* for respondent.

No. 635. DUQUESNE CLUB *v.* UNITED STATES. March 13, 1939. Petition for writ of certiorari to the Court of Claims denied. *Messrs. George B. Furman* and *Paul Armitage* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Mr. Sewall Key* for the United States.

No. 640. TROUTMAN *v.* UNITED STATES; and
No. 641. YOUNG *v.* SAME. March 13, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Theodore Epstein* for petitioners. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron, J. Albert Woll, William J. Connor,* and *W. Marvin Smith* for the United States. Reported below: 100 F. 2d 490.

No. 644. MARTIN *v.* UNITED STATES;
No. 645. BROWN *v.* SAME;
No. 646. HERRING *v.* SAME;
No. 647. ALLBEE *v.* SAME; and
No. 648. BERNS *v.* SAME. March 13, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Jean S. Breitenstein* for